United States District Court
Southern District of Texas
**ENTERED**
September 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRINCETON AMADI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-23-3082 |
| CAPITAL ONE FINANCIAL CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Order granting Defendant's Motion to Dismiss Plaintiff's Complaint with Incorporated Memorandum of Law, this action is **DISMISSED without prejudice**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 22nd day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE